# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

THOMAS JOHANSEN                                                                   PLAINTIFF

v.                                              CASE NO. 3:19-cv-268-MPM-RP

ILLINOIS CENTRAL RAILROAD COMPANY                      DEFENDANT

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Thomas Johansen and Defendant Illinois Central Railroad Company (collective, "the Parties"), having reached a mutually satisfactory resolution of all issues between them that were the subject of this action, jointly request and stipulate to entry of an Order of Dismissal with Prejudice as follows:

1. The Parties agree that the above-captioned matter shall be dismissed with prejudice.

2. The Parties agree that dismissal of the above-captioned matter will be without costs or attorney fees awarded by the Court to either party.

                                                                        Respectfully submitted,

Dated: January 26, 2021

                                                                        *s/C. E. Sorey, II*
                                                                        C. E. Sorey, II
                                                                        MS Bar No. 7692
                                                                        Chris Christy Law Firm
                                                                        1000 Highland Colony Parkway
                                                                        Suite 5203
                                                                        Ridgeland, MS 39157
                                                                        Phone: 601-341-6929
                                                                        eddysorey@gmail.com

                                                                        ATTORNEY FOR PLAINTIFF

Dated: January 26, 2021

    *s/Matthew G. Gallagher*
Matthew G. Gallagher (MS Bar No. 103159)
mgallagher@littler.com
LITTLER MENDELSON, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
Telephone: 901.795.6695

Susan K. Fitzke (MN Bar No. 294032)
*Pro hac vice*
sfitzke@littler.com
Grant D. Goerke (MN Bar No. 0395226)
*Pro hac vice*
ggoerke@littler.com
LITTLER MENDELSON P.C.
80 South 8th Street, Suite 1300
Minneapolis, MN 55402
Telephone: 612.630.1000

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing was served, via electronic mail, through the Court's Electronic Case Filing System, this 26th day of January 2021, upon the following:

C.E. Sorey, II, Esq.
Law Office of H. Chris Christy, PA
1000 Highland Colony Pkwy, Ste 5203
Ridgeland, MS 39157
eddysorey@gmail.com

ATTORNEYS FOR PLAINTIFF

                                        *s/Matthew G. Gallagher*
                                        Matthew G. Gallagher

4834-3593-9801.1 046769.1354