**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**THOMAS JOHANSEN**                                                                  **PLAINTIFF**

**V.**                                       **NO: 3:19-cv-268-M-P**

**ILLINOIS CENTRAL RAILROAD**                                     **DEFENDANT**
**COMPANY**

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a [50] Stipulation of Dismissal filed jointly by the parties in this case, it is hereby **ORDERED** that the cause be dismissed with prejudice.

This the 26th day of January, 2021.

                                                       **/s/ MICHAEL P. MILLS**
                                                       **UNITED STATES DISTRICT JUDGE**
                                                       **NORTHERN DISTRICT OF MISSISSIPPI**